KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

NAHLA RAJAN (CSBN 218838)
Special Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6838
FAX: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ALEJANDRO ANTUNEZ,<br>aka Isidro Molina Torres,<br><br>    Defendant. | No. 3-06-70130 BZ<br><br>ORDER AND STIPULATION EXTENDING TIME UNDER RULE 5.1 AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |

The parties stipulate and agree, and the Court finds and holds, as follows:

    1. The parties initially appeared on the instant matter March 10, 2006 for defendant's initial appearance on the complaint. On March 24, 2006, the parties appeared in front of the Honorable Bernard Zimmerman for arraignment, time was waived, and the matter was continued until March 31, 2006 for arraignment.

    2. On March 31, 2006, the parties appeared in front of the Honorable Bernard Zimmerman, and the matter was continued until April 14, 2006 for arraignment.

    3. On March 31, 2006, Assistant Public Defender David W. Fermino, who represents the defendant, requested an exclusion of time from March 31, 2006 to April 14, 2006, based on effective preparation and continuity of counsel. The defendant agreed to an extension of time for the preliminary hearing under Federal Rule of Criminal Procedure 5.1(d) and an exclusion of

time under the Speedy Trial Act. The parties are involved in discussions which appear likely to lead to pre-indictment resolution of this case. Therefore, the parties are requesting an extension of time under Rule 5.1(d) and an exclusion of time under the Speedy Trial Act. The parties agree that the time from March 31, 2006 to April 14, 2006 should be extended under Rule 5.1(d) and excluded in computing the time within which an information or indictment must be filed. See 18 U.S.C. § 3161(h)(8)(A) and (B)(iv).

4. In light of the foregoing facts, the failure to grant the requested exclusion would unreasonably deny counsel for the defense the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See id. The ends of justice would be served by the Court excluding the proposed time period. These ends outweigh the best interest of the public and the defendant in a speedy trial. See id. § 3161(h)(8)(A).

5. For the reasons stated, the time period from March 31, 2006 to April 14, 2006 is extended under Rule 5.1(d) and excluded from the calculation of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED.

DATED: _____                Respectfully Submitted,


                                    _____/S/_____
                                    NAHLA RAJAN
                                    Special Assistant United States Attorney


DATED: _____                _____/S/_____
                                    DAVID W. FERMINO
                                    Counsel for Alejandro Antunez

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 5, 2006                _____
                                    HONORABLE BERNARD ZIMMERMAN
                                    United States Magistrate Judge

STIPULATION AND PROPOSED ORDER            2
3-06-70130 BZ